Michael K. Neville, Appellant, v. Pennsylvania and West Virginia Company, Respondent.— Motion for resettlement denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

The People of the State of New York, Appellant, v. Simon Wolf, Respondent.— Motion granted and cause set down for Thursday, March 8, 1906. Present — Woodward, Jenks, Gaynor and Rich, JJ.

The People of the State of New York ex rel. William B. Gilhooly, Relator, v. William McAdoo, as Police Commissioner of the City of New York, Appellant. — Motion granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

The People of the State of New York ex rel. Charles M. Murphy, Relator, v. William McAdoo, as Police Commissioner of the City of New York, Appellant. — Motion granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

The People of the State of New York ex rel. Rafael R. Nugent, Relator, v. William McAdoo, as Police Commissioner of the City of New York, Appellant.— Motion granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

The People of the State of New York ex rel. Henry Helwig, Relator, v. William McAdoo, as Police Commissioner of the City of New York, Appellant.— Motion granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

The People of the State of New York ex rel. Henry S. Woodruff, Relator, v. William McAdoo, as Police Commissioner of the City of New York, Appellant. — Motion granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

The People of the State of New York ex rel. Frank C. Stoney, Relator, v. William McAdoo, as Police Commissioner of the City of New York, Appellant. — Motion granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

The People of the State of New York ex rel. Daniel Whitaker, Relator, v. William McAdoo, as Police Commissioner of the City of New York, Appellant. — Motion granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Tilly Schnurr, Appellant, v. Alexander Quinn, Respondent.— Motion denied. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Barnet Shapiro, Plaintiff, v. Barnet Shapiro and Others, Respondents, Impleaded with Marcus Michel and Another, Appellants.— Motion denied. The appellants should give an undertaking as required by section 314 of the Municipal Court Act,* and then if necessary an order impounding the money pending appeal will be granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

J. Noyes Shaughnessy, Respondent, v. Arthur D. Weekes, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Caroline C. Starkey, Respondent, v. Howard S. Webster and Others, Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Addie R. Tingley, as Administratrix, etc., Plaintiff, v. Long Island Railroad Company, Defendant.— Motion for reargument denied. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Eva Townsend, Respondent, v. Michael Fieldstein, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Benjamin E. Valentine, Respondent, v. C. Amory Stevens, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Thomas F. Adams, as Trustee for the Creditors Set Out in the Complaint, Respondent, v. Judson Lawson, Appellant.—Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

William B. Allen, Respondent, v. The New York Savings Bank, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Louis Baldinger and Oscar Kupferman, Appellants, v. Albert J. Schwartzler, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Reon Barnes, Appellant, v. John G. Carlisle, Respondent.—Judgment affirmed on argument, with costs. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

---

* Laws of 1902, chap. 580.— [REP.